*Kirshenbaum,* for petitioner-appellee. *Joseph E. Marran, Jr.,* for respondent-appellant.

APPEAL No. 1944. MORRIS E. SHERMAN, JR. *v.* DONALD F. McDERMOTT. Motion of plaintiff to assign for argument is denied. *Aram K. Berberian,* for plaintiff. *Louis A. Mascia,* City Solicitor, *Steven S. Saber,* Asst. City Solicitor, for defendant.

October 25, 1973.

M. P. No. 73-186. HIGH-WOOD INC. *v.* ZONING BOARD OF REVIEW OF WEST WARWICK. Order entered on October 16, 1973 is amended to read as follows:

Inasmuch as petitioner failed to comply with the provisions of Rule 13 of the rules of this court, the petition for writ of certiorari is denied without prejudice. *Louis A. Petrarca, Jr., Joseph J. McGair,* for petitioner. *John Brunero,* Town Solicitor, *Cameron P. Quinn,* for respondent.

October 29, 1973.

M. P. No. 73-267. NARRAGANSETT ELECTRIC COMPANY *v.* ARCHIE SMITH, *in his capacity as Chairman of Public Utilities Commission, et al.* Motion for leave to file cross petition for writ of certiorari is denied. Roberts, C. J., not participating. *Edwards & Angell, Edward F. Hindle, Knight Edwards, Deming E. Sherman,* for petitioner. *Archie Smith,* for respondent.

M. P. No. 73-271. NARRAGANSETT ELECTRIC COMPANY *v.* ARCHIE SMITH, *in his capacity as Chairman of Public Utilities Commission, et al.* Petition for common law certiorari granted without prejudice to the right of respondents to raise at oral argument the issue of the improvidence of grant of Supreme Court. Roberts, C. J., not participating. *Edwards & Angell, Edward F. Hindle, Knight Edwards, Deming E. Sherman,* for petitioner. *Archie Smith,* for respondent.